IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -3  P 2:56

AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>$1,032,477.40 U.S. CURRENCY<br>IN THIRTEEN BANK ACCOUNTS<br>      Defendant. | )<br>)<br>)  CIVIL NO. MJG-03-194<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon review of the Government's Motion for Stay of Proceedings and the record, it is this 3rd day of February 2003 **ORDERED** as follows:

1. For the reasons set forth in the Government's Motion for Stay of Proceedings, all discovery in this case is stayed pending the resolution of the parallel criminal investigation and/or prosecution.*

2. The clerk of the court shall mail copies of this order to counsel of record.

_____
Marvin J. Garbis
United States District Judge

* without prejudice to motion for reconsideration for good cause.