```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA           *

       Plaintiff               *

       vs.                     *   CIVIL ACTION NO. MJG-03-194

$1,032,477.40 U.S. CURRENCY,       *
IN THIRTEEN BANK ACCOUNTS
                                         *

       Defendant

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## ORDER RESCINDING SCHEDULING ORDER

It appearing that the March 10, 2003 Scheduling Order was issued in error, it is hereby RESCINDED. The case was stayed by Order dated February 3, 2003.

SO ORDERED, Wednesday, 12 March, 2003.

                                                         /s/
                                  _____
                                    Marvin J. Garbis
                              United States District Judge