| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | MJG-03-CV-194 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,032,477.40 U. S. Currency | Notice of Seizure |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Aegis

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joyce McDonald
Asst. U.S. Attorney

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Joyce McDonald, AUSA   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER: --   DATE: 5-1-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5-1-03

Signature of U.S. Marshal or Deputy: [signature] Wolford

REMARKS:

Notice of Seizure published in the Aegis Newspaper on: April 23, 2003 as evidenced by the attached Certificate of Publication

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

HOMESTEAD PUBLISHING COMPANY
10 SOUTH HAYS STREET – P.O. BOX 189
BEL AIR, MD 21014
410-838-4400    410-879-1710

THE AEGIS – THE RECORD – THE WEEKENDERS – APG NEWS

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. $1,032,477.40 U.S. Currency in Thirteen Bank Accounts, United States Marshal Service for the District of Maryland, arrested on April 15, 2003, said property described under Civil Docket No. MJG 03 CV 194 and filed with the Clerk of the Court for the District of Maryland for violation of 18 U.S.C. § 1341, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Joyce K. McDonald, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.

Johnny L. Hughes
U. S. Marshal
101 W. Lombard Street
Baltimore, Maryland 21201

THE AEGIS

CERTIFICATE OF PUBLICATION

This is to certify that the attached legal Appeared in The Aegis, a newspaper Published and printed in Harford County Maryland for _one_ Consecutive week(s) before _23rd_ Day of _April_, 20_03_.

_Meredith A. Sica_
Meredith A. Sica
Legal Department