IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. MJG-03 CV 194 |
| | * | |
| $1,032,477.40 U.S. CURRENCY, | * | |
| IN THIRTEEN BANK ACCOUNTS, | * | |
| | * | |
| Defendants, | * | |

* * * * * * * *

## ORDER

Before the Court is the Joint Motion to Dismiss and to Transfer the Subject Currency to the Federal Trade Commission. Having reviewed the motion and for good cause shown therein, the Court determines that it will GRANT the motion. Accordingly, it is this __28th__ day of __Sept.__, 2004 ORDERED that:

1. This civil forfeiture action is DISMISSED WITH PREJUDICE as to all parties;

2. The U.S. Marshal's Service is directed to transfer the subject monies, $1,032,477.40 in thirteen bank accounts as named in the initial complaint, to the Federal Trade Commission, as per the wiring instructions of the FTC; and

3. The Clerk of the Court shall CLOSE this case.

_____/ s /_____
The Honorable Marvin J. Garbis
U.S. District Court Judge